JOHN T. BELL, SBN 209941
Law Offices of John T. Bell
151 Callan Avenue, Suite 102
San Leandro, CA 94577
TEL: 510-895-4044
FAX: 510-895-4077

Attorney for Plaintiff Malcolm McKinney

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM MCKINNEY<br><br>    Plaintiff,<br>  vs.<br><br>CITY OF SACRAMENTO, CHAD LEWIS AND PAMELA MASSE,<br><br>    Defendants. | Case No.: 2:20-CV-00393 TLN<br><br>**ORDER STAYING CIVIL ACTION** |

   Plaintiff Malcolm McKinney and Defendant City of Sacramento have made a stipulated request to stay this matter pending conclusion of a related stated criminal action arising out of the same facts as this civil action.

   Goo cause appearing therefor, the request to stay this action is GRANTED.  The parties will report to the Court concerning the status of the state criminal case every 120 days, with the first report due 120 days after the entry of this Order.  If the related criminal action is completed

\\\

---

1
ORDER

before any report is due, the parties will lodge a stipulation to vacate the stay within 30 days of the completion of the criminal case.

DATED: April 5, 2022

Troy L. Nunley
United States District Judge